THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| NORTHWEST ADMINISTRATORS, INC., | |
|---|---|
| Plaintiff, | NO. C18-00676-TSZ |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND COURT DATES |
| JOSEPH C. WILLIAMS, d/b/a WORLDWIDE EXHIBITION SERVICE L.L.C., | |
| Defendant. | |

THIS MATTER having come before the Court on Plaintiff's Motion to Extend Court Dates, docket no. 5, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., and Defendant not yet being served, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Court Dates is GRANTED as follows:

Deadline for FRCP 26(f) conference………… …..August 9, 2018

Initial Disclosures Pursuant to FRCP 26(a)………August 23, 2018

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16……………………………………August 23, 2018

All other deadlines and requirements imposed by the Court's Order Regarding Initial Disclosures and Joint Status Report, docket no. 4, shall remain unchanged.

DATED this 26th day of July, 2018.

_____
Thomas S. Zilly
United States District Judge


Presented for Entry by:


*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff